UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CURTIS LAUDERDALE,

                Plaintiff,

  -against-

GEORGE B. ALEXANDER, Chairman, New
York State Division of Parole; Parole Officer
RHONDA HICKS,

                Defendants.
------------------------------------------------------------X

## CIVIL JUDGMENT

09-CV-3886 (BMC)

Pursuant to the Court's Memorandum and Order issued on November 17, 2009, dismissing this civil action, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed without prejudice. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

                                      /Signed by Judge Brian M. Cogan/
                                              /U.S.D.J.

Dated: Brooklyn, New York
        November 17, 2009